UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60185-CIV-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA and
THE STATE OF FLORIDA ex rel.
MANUEL CHRISTIANSON and
BRIAN ASHTON,

    Plaintiff/Relator,

vs.

EVERGLADES COLLEGE, INC. d/b/a
KEISER UNIVERSITY.

    Defendant.
_____/

## FINAL JUDGMENT AND ORDER CLOSING CASE

THIS CAUSE is before the Court upon the Court's Findings of Fact and Conclusions of Law entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiffs/Relators and against Defendant Everglades College, Inc. d/b/a Keiser University as to Counts I and II;

2. Plaintiffs shall recover from Defendant a civil penalty in the amount of $11,000.00;

3. The judgment shall bear interest at the rate as prescribed by 28 U.S.C. § 1961, and shall be enforceable as prescribed by 28 U.S.C. §§ 2001, et seq., 28 U.S.C. §§ 3001-3307, and/or Rule 69(a) of the Federal Rules of Civil Procedure;

4. Any remaining pending motions are hereby **DENIED AS MOOT**;

5. The Clerk is hereby directed to **CLOSE** this case; and

6. The Court reserves jurisdiction to determine any timely filed motions for attorneys' fees and/or costs and may issue an amended final judgment after any such motions are determined.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of August, 2014.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record