UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No.: 0:12-cv-60185-WPD

UNITED STATES OF AMERICA, and
THE STATE OF FLORIDA, ex rel.
MANUEL CHRISTIANSEN and
BRIAN ASHTON,

      Relators,

NOTICE OF APPEAL

v.

EVERGLADES COLLEGE, INC.
d/b/a KEISER UNIVERSITY,

      Defendant.

## RELATORS' NOTICE OF APPEAL

Notice is hereby given that Manuel Christiansen and Brian Ashton, in their capacity as Relator-Plaintiffs in the above captioned matter, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the District Court's Findings of Fact and Conclusions of Law (Docket Entry 318) and Order Entering Final Judgment (Docket Entry 319) entered in this action on August, 14 2014.

Respectfully submitted this 4th day of September, 2014 by:

/s/  Dale J. Morgado
Dale J. Morgado, Esq.
Ira B. Silverstein, Esq.
*Admitted pro-hac vice*
Feldman Morgado, P.A.
140 Broadway
Suite 4624
New York, NY 10005
E: dmorgado@fmlawgroup.us
E: isilverstein@fmlawgroup.us

*Attorneys for the Relators Manuel Christiansen and Brian Ashton*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2014 I filed the foregoing with the Court using the Clerk's CM/ECF filing system, which will send a notice of filing to all parties, including counsel for the Defendant.

/s/  Dale J. Morgado
Dale J. Morgado, Esq.